# EXHIBIT A

### List of Bank Accounts

| Company Name | Bank Name | Currency | Account Type | Last Four Digits of Account Number |
|---|---|---|---|---|
| Seaborne Virgin Islands, Inc. | First Bank | USD | Savings Account | 6536 |
| Seaborne Virgin Islands, Inc. | First Bank | USD | Operating Checking Account | 7807 |
| Seaborne Virgin Islands, Inc. | First Bank (BVI) | USD | Backup Checking Account | 2758 |
| Seaborne Virgin Islands, Inc. | Banco Popular | USD | Backup Checking Account | 6205 |
| Seaborne Virgin Islands, Inc. | US Bank | USD | Clearinghouse Checking Account | 8020 |
| Seaborne Virgin Islands, Inc. | St. Kitts – Nevis Anguilla National Bank | USD | Formerly Used Checking Account | 3095 |
| Seaborne Puerto Rico, LLC | Banco Popular | USD | Seaborne Puerto Rico, LLC Operating Account | 1787 |