IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SEASTAR HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10039 (CSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alejandro Soria am employed in the county of Los Angeles, State of California. I hereby certify that on January 31, 2018, I caused true and correct copies of the following document(s) to be served (i) via e-mail service to the parties listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Notice of Assumption and Cure Amount with Respect to Executory Contracts or Unexpired Leases Potentially to be Assumed and Assigned in Connection with Sale of Debtors' Assets [Docket No. 132]**

Dated: February 1, 2018

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 1st day of February, 20 18, by Alejandro Soria proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

SCOTT M. EWING
Notary Public - California
Los Angeles County
Commission # 2155599
My Comm. Expires Jun 3, 2020

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Seastar Holdings, Inc. (0418), Seaborne Virgin Islands, Inc. (5458), and Seaborne Puerto Rico, LLC (3572). The Debtors' corporate headquarters and the mailing address is World Plaza Building, 9th Floor, 268 Munoz Rivera Avenue, San Juan, Puerto Rico 00918

# **EXHIBIT A**

| | | |
|---|---|---|
| BAYARD, P.A.<br>EVAN MILLER<br>EMILLER@BAYARDLAW.COM | BAYARD, P.A.<br>GREGORY FLASSER<br>GFLASSER@BAYARDLAW.COM | BAYARD, P.A.<br>JUSTIN ALBERTO<br>JALBERTO@BAYARDLAW.COM |
| BLANK ROME LLP<br>BRYAN HALL<br>BHALL@BLANKROME.COM | BLANK ROME LLP<br>CHRISTOPHER A. MANION<br>CMANION@BLANKROME.COM | BLANK ROME LLP<br>RICK ANTONOFF<br>RANTONOFF@BLANKROME.COM |
| BLANK ROME LLP<br>STANLEY TARR<br>TARR@BLANKROME.COM | NIXON PEABODY LLP<br>DANIEL W. SKLAR<br>DSKLAR@NIXONPEABODY.COM | NIXON PEABODY LLP<br>LEE HARRINGTON<br>LHARRINGTON@NIXONPEABODY.COM |
| OFFICE OF THE UNITED STATES TRUSTEE<br>BENJAMIN HACKMAN<br>BENJAMIN.A.HACKMAN@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>USTPREGION03.WL.ECF@USDOJ.GOV | U.S. DEPARTMENT OF JUSTICE<br>ANDREA HOROWITZ HANDEL<br>ANDREA.HANDEL@USDOJ.GOV |

Parties Served: 12

# **EXHIBIT B**

| | | |
|---|---|---|
| AERONET WIRELESS BROADBAND CORP.<br>P.O. BOX 270013<br>SAN JUAN, PR 00928-0013 | AERONET WIRELESS BROADBAND, LLC<br>P.O. BOX 270013<br>SAN JUAN, PR 00928-0013 | AEROSTAR AIRPORT HOLDINGS, LLC<br>ATTN: ACCOUNT RECEIVABLE<br>P.O. BOX 38085<br>SAN JUAN, PR 00937-1085 |
| AIR SUPPORT<br>DEN JYSKE SPAREKASSE<br>NIMBUSVEJ 9<br>DK-7190 BILLUND<br>DENMARK | AIR SUPPORT A/S<br>NIMBUSVEJ 9<br>DK-7190 BILLUND<br>DENMARK | AIRLINE TARIFF PUBLISHING CO.<br>45005 AVIATION DR.<br>DULLES, VA 20166 |
| AMADEUS IT GROUP, S.A.<br>SALVADOR DE MADARIAGA I<br>E-28027 MADRID<br>SPAIN | AMERICAN AIRLINES, INC.<br>4333 AMON CARTER BLVD<br>MD 5635<br>FORT WORTH, TX 76155 | ANIMAL PLANT AND HEALTH INSPECTION SERVICE<br>U.S. DEPARTMENT OF AGRICULTURE<br>1400 INDEPENDENCE AVE., S.W.<br>WASHINGTON, DC 20250 |
| ANTIGUA AND BARBUDA INTERNATIONAL AIRPORT<br>V.C. BIRD INTERNATIONAL AIRPORT<br>P.O. BOX 1051<br>COOLIDGE, ST. GEORGE'S<br>ANTIGUA, WEST INDIES | AV-BASE SYSTEMS INC.<br>120 BESSEMER ROAD<br>LONDON, ON N6E 1R2<br>CANADA | AVIATION INVENTORY RESOURCES, INC.<br>ATTN: DENISE FERNANDEZ<br>12240 E FM 917<br>ALVARADO, TX 76009 |
| BLUE ONE AIRCRAFT & CREW MANAGEMENT<br>AVENUE DU DIAMANT 26<br>1020 BRUSSELS<br>BELGIUM | BLUE ONE MANAGEMENT S.A.<br>AVENUE DU DIAMANT 26<br>1020 BRUSSELS<br>BELGIUM | C&L AEROSPACE, LLC<br>40 WYOMING AVENUE<br>BANGOR, ME 04401 |
| CANON FINANCIAL SERVICES, INC.<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0149 | CUSTOMS AND BORDER PROTECTION - CBP<br>BUREAU OF CUSTOMS AND BORDER PROTECTION<br>ATTN: PROMISORY NOTES, REVENUE DIVISION<br>6650 TELECOM DRIVE, SUITE 100<br>INDIANAPOLIS, IN 46278 | DELTA AIR LINES, INC.<br>ATTN: MANAGER - INTERLINE AND INDUSTRY AFFAIRS<br>ALLIANCES (DEPT. NO. 761)<br>1030 DELTA BLVD<br>ATLANTA, GA 30320 |
| DEPARTMENT OF TRANSPORTATION - DOT<br>1200 NEW JERSEY AVENUE, SE<br>WASHINGTON, DC 20590 | ENVIRONMENTAL PROTECTION AGNCY - EPA<br>290 BROADWAY<br>NEW YORK, NY 10007-1866 | EVERTEC GROUP, LLC<br>ATTN: CARLOS RAMIREZ, EXECUTIVE VP<br>HWY. 176, KM 1.3, AVE. ANA G. MENDEZ<br>SAN JUAN, PR 00926 |
| EVERTEC GROUP, LLC<br>P.O. BOX 364527<br>SAN JUAN, PR 00936-4527 | FEDERAL AVIATION ADMINISTRATION - FAA<br>MIAMI (MIRAMAR) INTERNATIONAL FLIGHT STANDARD<br>2895 SW 145 AVENUE, SUITE 221<br>MIRAMAR, FL 33027 | FEDERAL AVIATION ADMINISTRATION - FAA<br>MIKE MOMRONEY AERONAUTICAL CENTER<br>6500 SOUTH MCARTHUR BLVD<br>GENERAL ACCOUNTING, AMK-322<br>OKLAHOMA CITY, OK 73169 |
| FIRSTBANK PUERTO RICO<br>ATTENTION: LEGAL COUNSEL<br>1519 PONCE DE LEÓN AVENUE<br>SAN JUAN, PR 00918 | FLIGHT STANDARDS DISTRICT OFFICE - FSDO<br>FAA/SAN JUAN FSDO-63<br>525 AVE. FD ROOSEVELT OFC 901<br>SAN JUAN, PR 00918-8059 | FLIGHTSAFETY INTERNATIONAL, INC.<br>ATTN: MARTHA VARGAS<br>P.O. BOX 75691<br>CHARLOTTE, NC 28275 |
| GLOBAL AEROCONSULTING & AIR CARRIER SERVICES<br>6TH H-77 ST. VILLA EL ENCANTO<br>JUANA DÍAZ, PR 00795 | INLAND REVENUE DIVISION - DOMINICA<br>MINISTRY OF FINANCE<br>HIGH STREET, ROSEAU<br>DOMINICA COMMONWEALTH OF | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101 |
| IRVIN'S TAXI SERVICE<br>IRVINE TAVERNIER<br>SOUFRIERE<br>ST. MARK, DOMINICA | JETBLUE<br>27-01 QUEENS PLAZA NORTH<br>LONG ISLAND CITY, NY 11101 | JETBLUE AIRWAYS CORPORATION<br>ATTN: SCOTT LAURENCE<br>27-01 QUEENS PLAZA NORTH<br>LONG ISLAND CITY, NY 11101 |

| | | |
|---|---|---|
| JETSTREAM AVIATION CAPITAL, LLC<br>2601 SOUTH BAYSHORE DRIVE, SUITE 1130<br>MIAMI, FL 33133 | KENN BOREK AIR LTD.<br>ATTN: ARJUN SIDPA - SHIPPER-YYC STORES<br>290 MCTAVISH RD N.E.<br>CALGARY, AB T2E 7G5<br>CANADA | NIIT TECHNOLOGIES, INC.<br>1050 CROWN POINTE PARKWAY 5TH FLOOR<br>ATLANTA, GA 30338 |
| OCCUPATIONAL SAFETY AND HEALT ADMIN. - OSHA<br>EDIF. PRUDENCIO RIVERA MARTINEZ<br>#305 AVENIDA MUÑOZ RIVERA, PISO 20<br>HATO REY, PR 00919-5540 | ORBITZ WORLDWIDE, LLC<br>ATTN: VP BUSINESS DEVELOPMENT / LEGAL DEPT<br>500 WEST MADISON, SUITE 1000<br>CHICAGO, IL 60661 | PETRO AIR, CORP.<br>WORLD FUEL SERVICES, INC.<br>9800 N.W. 41ST STREET<br>SUITE 400<br>DORAL, FL 33178 |
| PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY<br>ATTN: EXECUTIVE DIRECTOR<br>P.O. BOX 362350<br>SAN JUAN, PR 00936-2350 | PUERTO RICO INFRASTRUCTURE FINANCING AUTHOR<br>ATTN: EXECUTIVE DIRECTOR<br>P.O. BOX 41207<br>SAN JUAN, PR 00940-1207 | PUERTO RICO PORTS AUTHORITY<br>AEROSTAR AIRPORT HOLDNES LLC<br>AEROSTAR AIRPORT HOLDINGS<br>P.O. BOX 38085<br>SAN JUAN, PR 00937-1085 |
| REVENUE MANAGEMENT SYSTEMS INC<br>ATTN: DANIEL J. WHELAN<br>2003 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98121 | ROANOKE CLAIMS SERVICES<br>1475 E. WOODFIELD ROAD, SUITE 500<br>SCHAUMBURG, IL 60173-4903 | RYAN'S TAXI SERVICE<br>RYAN BURTON<br>ATKINSON, DOMINICA |
| SABRE INC.<br>3150 SABRE DRIVE<br>SOUTHLAKE, TX 76092 | SMITH GAMBRELL & RUSSELL, LLP<br>ATTN: BRYAN HALL, ESQ.<br>PROMENADE, SUITE 311<br>1230 PEACHTREE STREET N.E.<br>ATLANTA, GA 30309 | SPRINT<br>P.O. BOX 4181<br>CAROL STREAM, IL 60197-4181 |
| SPRINT SOLUTIONS, INC.<br>P.O. BOX 4181<br>CAROL STREAM, IL 60197-4181 | SYSTRONICS<br>P.O. BOX 194030<br>SAN JUAN, PR 00919-4030 | THE DEPARTMENT OF TREASURY<br>P.O. BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| TRANSPORTATION SECURITY ADMINISTRATION<br>P.O. BOX 530262<br>ATLANTA, GA 30353-0262 | TRAVELPORT, LP<br>SUITE 29-31 CHERRY ORCHARD<br>NORTH KEMBREY PARK<br>SWINDON SN2 8UH<br>UNITED KINGDOM | U.S. DEPARTMENT OF HOMELAND SECURITY<br>BUREAU OF CUSTOMS AND BORDER PROTECTION<br>1300 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC 20229 |
| U.S. DEPARTMENT OF TRANSPORTATION<br>AIR CARRIER FITNESS DIVISION<br>ATTN: LAURALYN REMO, CHIEF<br>ATTN: CATHERINE O'TOOLE/DAMON WALKER<br>1200 NEW JERSEY AVE., S.E.<br>WASHINGTON, DC 20590 | U.S. SECURITIES AND EXCHANGE COMMISSION<br>100 F STREET , NE<br>WASHINGTON, DC 20549 | UNITED AIRLINES, INC.<br>ATTN: SENIOR VICE PRESIDENT, ALLIANCES<br>233 SOUTH WACKER DRIVE, 10TH FLOOR<br>CHICAGO, IL 60606 |
| UNITED STATES DEPARTMENT OF AGRICULTURE<br>ANIMAL AND PLANT HEALTH INSPECTION SERVICES<br>1400 INDEPENDENCE AVE., S.W.<br>WASHINGTON, DC 20250 | VIDECOM INTERNATIONAL LIMITED<br>NEWTOWN ROAD<br>HENLEY ON THAMES OXON<br>RG9 1HG ENGLAND<br>UNITED KINGDOM | VIRGIN ISLANDS PORT AUTHORITY<br>P.O. BOX 301707<br>ST. THOMAS, VI 00803-1707 |
| VOLANT LEASING<br>11817 WESTAR LANE<br>BURLINGTON, WA 98233 | VOLANT SVI LEASING, LLC<br>11817 WESTAR LANE<br>BURLINGTON, WA 98233 | VOLANT SVI LEASING, LLC<br>C/O VERSA CAPITAL MANAGEMENT, LLC<br>CIRCA CENTRE<br>2929 ARCH STREET<br>PHILADELPHIA, PA 19104 |
| WALKER NELL PARTNERS, INC.<br>1515 MARKET STREET, SUITE 1120<br>PHILADHLPIA, PA 19102 | WORLD FUEL SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>9800 N.W. 41ST STREET, SUITE 400<br>DORAL, FL 33178 | |